2014-1473

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

FRONTLINE TECHNOLOGIES, INC.,
*Appellant,*

v.

CRS ADVANCED TECHNOLOGIES, INC.,
*Appellee,*

AND

MICHELLE K. LEE, DEPUTY DIRECTOR,
U.S. PATENT AND TRADEMARK OFFICE,
*Intervenor.*

_____

Appeal from United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. CBM2012-00005.

_____

**MOTION OF APPELLANT FRONTLINE TECHNOLOGIES, INC.
FOR STAY**
_____

Appellant Frontline Technologies, Inc. ("Frontline") respectfully moves to stay this case pending the Court's final disposition of the appeal in *Versata Development Group, Inc., v. SAP America, Inc.*, No. 2014-1194. *Versata* is the first appeal from a decision of the Patent Trial and Appeal Board ("PTAB") cancelling patent claims as unpatentable under 35 U.S.C. §

101. The USPTO has intervened in *Versata* and in this case.

1. *Versata* presents several issues of first impression under the Leahy-Smith America Invents Act, Pub. L. No. 112-29, § 18(a)(1), 125 Stat. 284, 329 (2011) ("AIA"), including: (1) whether the PTAB has jurisdiction to review a challenge to patentability under 35 U.S.C. § 101; (2) whether the U.S. Court of Appeals for the Federal Circuit has jurisdiction to review jurisdictional determinations of the PTAB under AIA § 18; and (3) the standard of review for various decisions of the PTAB under the AIA. This Court's decision on some of the issues in *Versata* could determine the outcome of similar issues in this case that are purely matters of law. For example, Versata argues that the PTAB lacks jurisdiction under the AIA to conduct post-grant review directed to the issue of patent-eligible subject matter under 35 U.S.C. § 101. *See* 35 U.S.C. § 321(b); AIA § 18(a)(1); *Versata*, Brief of Appellant at 29-35. Although the facts and patents at issue are different, this case presents the same jurisdictional issue. If Versata were to prevail on that jurisdictional issue, this appeal presumably would be resolved in favor of Frontline.

2. The AIA is a new law, and post-grant review of covered business method patents under AIA §18 is a new procedure. Additionally, there have been recent developments in the law related to issues in this case.

The Supreme Court in June 2014 issued its opinion in *Alice Corp. v. CLS Bank Int'l*, No. 13-298 (June 19, 2014) and vacated and remanded the Federal Circuit's judgment in *WildTangent, Inc. v. Ultramercial, LLC*, No. 13-255 (June 30, 2014) for further consideration in light of the *Alice* opinion. Both of these cases relate to patent-eligible subject matter under 35 U.S.C. § 101, particularly the judicial exception to section 101 for abstract ideas. These issues also are raised in *Versata* and in this case.

      3.     Frontline believes that a stay is warranted to allow for the orderly development of the law related to transitional post-grant review proceedings before the PTAB. *See Ethicon, Inc. v. Quigg,* 849 F.2d 1422, 1426 (Fed. Cir. 1988) ("Courts have inherent power to manage their dockets and stay proceedings."); *see also, e.g., Stoffel v. Shinseki,* 425 F. App'x 883, 884 (Fed. Cir. 2011) (This court "stayed the briefing schedule in this appeal pending the United States Supreme Court's review" of a question of subject matter jurisdiction in a related case.). Depending on the outcome in *Versata*, one potential benefit could be the elimination of numerous decisions by and cases pending before the PTAB based solely on 35 U.S.C. § 101. Additionally, resolution of other legal issues in common with *Versata* will sharpen the argument of those issues in this case.

4.Frontline's counsel believes that staying this case pending the Court's final disposition of the appeal in *Versata* is reasonable. In two other appeals, the Court has granted stays pending the final disposition of a different but related appeal by Versata (*Versata Development Group, Inc. v. Lee*, No. 2014-1145) that also raises issues of first impression under the AIA. *See Mentor Graphics v. Lee*, No. 13-1669, Order (July 30, 2014) and *Dominion Dealer Solutions v. Lee*, No. 14-1557, Order (July 30, 2014). In the orders granting those stays, the Court directed the parties to report to the Court within fourteen days from the date of the final disposition of No. 2014-1145.

5.This motion to stay is made in good faith by counsel and not for the purpose of delay or other procedural advantage.

6.On July 30, 2014, the undersigned conferred with counsel for Intervenor USPTO, who suggested and will not oppose the requested stay. On August 1, 2014, the undersigned contacted counsel for CRS regarding a stay. While CRS does not believe that the requested stay is appropriate or necessary, it has decided not to file a response opposing such a stay. Pursuant to Federal Circuit Rule 27, a supporting declaration is attached.

Dated: August 1, 2014/s/ R. Scott Tewes
R. Scott Tewes
Tewes Law Group LLC

Sugarloaf Corporate Center
2180 Satellite Blvd., Suite 400
Duluth, GA 30097
Phone: 678.382.0388
Fax: 678.382.0389
Email: STewes@TewesLaw.com

Attorneys for Appellant
Frontline Technologies, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## FRONTLINE TECHNOLOGIES, INC. v.
## CRS ADVANCED TECHNOLOGIES, INC.

### Appeal No. 2014-1473

### CERTIFICATE OF INTEREST

Counsel for the appellant, Frontline Technologies, Inc., certifies the following :

1.  The full name of every party or amicus represented by me is:

    Frontline Technologies, Inc.

2.  The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Frontline Technologies Group LLC (On May 1, 2014, Frontline Technologies, Inc. ("FTI") transferred all of its right, title, and interest in the patent at issue (U.S. Patent No. 6,675,151 C1) to Frontline Technologies Group LLC ("FTG").  FTI owns an interest in FTG.).

3.  All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Not applicable.

4.  The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Tewes Law Group LLC -- R. Scott Tewes and
    Baker & Hostetler LLP -- John P. Donohue, Jr.; John E. McGlynn; Sarah C. Dukmen.

August 1, 2014                              /s/ R. Scott Tewes

Date                                                  Signature of counsel

                                                             <u>R. Scott Tewes</u>
                                                             Printed name of counsel

2014-1473
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
_____

FRONTLINE TECHNOLOGIES, INC.,
*Appellant,*
v.

CRS ADVANCED TECHNOLOGIES, INC.,
*Appellee,*
AND

MICHELLE K. LEE, DEPUTY DIRECTOR,
U.S. PATENT AND TRADEMARK OFFICE,
*Intervenor.*
_____

Appeal from United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. CBM2012-00005.
_____

**DECLARATION OF R. SCOTT TEWES**
_____

1.  I am an attorney with Tewes Law Group LLC, counsel for Appellant Frontline Technologies, Inc. ("Frontline").  I am submitting this declaration of counsel in connection with Frontline's motion to stay.

2.  The facts set out in Frontline's motion are true and correct based on my personal knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2014                               /s/ R. Scott Tewes

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing, **MOTION OF APPELLANT FRONTLINE TECHNOLOGIES, INC. FOR STAY**, was served, by electronic means (e-mail or CM/ECF) on counsel of record as follows:

>E. Robert Yoches, Esq.
>Aaron J. Capron, Esq.
>Darrel C. Karl, Esq.
>FINNEGAN, HENDERSON, FARABOW,
>GARRETT & DUNNER, LLP
>901 New York Avenue, N.W.
>Washington, D.C. 20001-4413
>(202) 408-4000
>bob.yoches@finnegan.com
>aaron.capron@finnegan.com
>darrel.karl@finnegan.com

>Nathan K. Kelley, Esq.
>Mary L. Kelly, J.D., Ph.D.
>Office of the Solicitor
>United States Patent & Trademark Office
>Madison West – 8A35
>600 Dulany Street
>Alexandria, VA  22314
>(571) 272-9035
>nathan.kelley@uspto.gov
>Mary.Kelly@uspto.gov

Dated:  August 1, 2014

>By: /s/ R. Scott Tewes
>
>R. Scott Tewes
>Tewes Law Group LLC
>Sugarloaf Corporate Center

2180 Satellite Blvd., Suite 400
Duluth, GA 30097
Phone: 678.382.0388
Fax: 678.382.0389
Email: <u>STewes@TewesLaw.com</u>

Attorneys for Appellant Frontline Technologies, Inc.