NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRONTLINE TECHNOLOGIES, INC.,**
*Appellant,*

v.

**CRS ADVANCED TECHNOLOGIES, INC.,**
*Appellee,*

AND

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor.*

---

2014-1473

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2012-00005.

---

**ON MOTION**

---

Before O'MALLEY, *Circuit Judge.*

**O R D E R**

Frontline Technologies, Inc. moves without opposition to stay this appeal pending this court's final disposition in *Versata Development Group, Inc., v. SAP America, Inc.*, No. 2014-1194.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted.

(2) The parties are directed to inform this court within 14 days of this court's final disposition in *Versata*, 2014-1194, how this appeal should proceed.

(3) A copy of this order shall be transmitted to the merits panel in *Versata*, 2014-1194.

                                 FOR THE COURT

                                 /s/ Daniel E. O'Toole
                                 Daniel E. O'Toole
                                 Clerk of Court

s30