NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

In re: **FRONTLINE TECHNOLOGIES, INC.**,
*Appellant*

2014-1473

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. CBM2012-00005.

**ON MOTION**

**O R D E R**

CRS Advanced Technologies, Inc. moves with consent of all parties to withdraw itself and its counsel from this appeal.

CRS asserts that it has transferred its interests in the litigation to another entity, and that entity does not intend to enter an appearance in this appeal. The Director of the United States Patent and Trademark Office already has intervened.

Upon consideration thereof,

2                          IN RE: FRONTLINE TECHNOLOGIES, INC.

IT IS ORDERED THAT:

The motion is granted. The revised official caption and short caption are reflected above.

                                      FOR THE COURT

                                      /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                        Clerk of Court

s31